**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Dominic Joseph Fletcher** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Jessica Marie Wheeler** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO, BOISE DIVISION |
| Case number (if known) | **20-0532-TLM** |

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. **Name of person** _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Dominic Fletcher

**Dominic Joseph Fletcher**
Signature of Debtor 1

Date  **July 3, 2020**

X /s/ Jessica Wheeler

**Jessica Marie Wheeler**
Signature of Debtor 2

Date  **July 3, 2020**

Debtor 1
Debtor 2   **Fletcher, Dominic Joseph & Wheeler, Jessica Marie**   Case number *(if known)*   **20-0532-TLM**

bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ **Dominic Fletcher**                                      /s/ **Jessica Wheeler**
**Dominic Joseph Fletcher**                                  **Jessica Marie Wheeler**
**Signature of Debtor 1**                                    **Signature of Debtor 2**

Date   July 3, 2020                                          Date   July 3, 2020

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☑ No
☐ Yes. Name of Person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

| Debtor 1<br>Debtor 2 | Fletcher, Dominic Joseph & Wheeler, Jessica Marie | Case number *(if known)* | 20-0532-TLM |

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

---

**Part 3:    Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X   **/s/ Dominic Fletcher**
**Dominic Joseph Fletcher**
Signature of Debtor 1

X   **/s/ Jessica Wheeler**
**Jessica Marie Wheeler**
Signature of Debtor 2

Date   **July  3, 2020**

Date   **July  3, 2020**